IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                         **Case. No. 25-MJ-2340-KRS**

**CLINTON SKIPPINGS,**

    **Defendant.**

## ORDER TO WITHDRAW AS COUNSEL

THIS MATTER having come before the Court upon the motion of counsel for Clinton Skippings, the Court having reviewed the motion, and being otherwise fully and sufficiently advised, FINDS the motion is well taken and should be GRANTED.

**IT IS THEREFORE ORDERED** that Cesar Pierce-Varela is permitted to withdraw from further representation of Defendant in this matter.

**IT IS FURTHER ORDERED** that the clerk's office assign CJA counsel for Defendant forthwith.

**IT IS SO ORDERED.**

                                                                       _____
                                                                       UNITED STATES MAGISTRATE JUDGE