UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No. 25-MJ-2340 KRS |
| § | |
| NICOLE MCATEE, § | |
| § | |
| Defendant. § | |

## NOTICE OF INTENTION TO ENTER GUILTY PLEA

COMES NOW, Defendant, Nicole McAtee, by and through her undersigned attorney of record, Russell Dean Clark, and hereby gives notice that she intends to enter a guilty plea to the charges herein. She further acknowledges that the time period from the date of the filing of this Notice to the date of the change of plea hearing, should be excluded from speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)(1)(G).[1]

Respectfully submitted,

RUSSELL DEAN CLARK, L.L.C.

*R.D. Clark*
Russell Dean Clark
P.O. Box 576
Las Cruces, New Mexico 88004
575-526-9000 Phone
575-526-9800 Fax

## CERTIFICATE OF SERVICE

I hereby certify the foregoing pleading was filed in the court's electronic filing system which caused all parties to be served a copy on this 31st day of October, 2025.
*R.D. Clark*
RUSSELL DEAN CLARK

---

[1] This notice also qualifies as a motion for purposes of the Speedy Trial Act and tolls the clock pursuant to 18 U.S.C. §3161(h)(1)(D). United States v. Hunter, 9 F. App'x 857, 859-60 (10th Cir. May 24, 2001) (holding that the filing of a notice that the defendant wanted to change his plea "is treated as a pretrial motion requiring a hearing for purposes of the Speedy Trial Act," and that "the entire period between notifying the court that [the defendant] wanted to change his plea and the change-of-plea hearing itself was excluded for purposes of the Speedy Trial Act.")